FILED
RECEIVED CLERK
2007 JUL 17 P 2:36
U.S. DISTRICT COURT
BY:_____
DEPUTY CLERK

JUL 13 2007

OFFICE OF JUDGE
DAVID SAM

PETER STIRBA (Bar No. 3118)
BRET W. RAWSON (Bar No. 11083)
**STIRBA & ASSOCIATES**
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84110-0810
Telephone: (801) 364-8300
Facsimile: (801) 364-8355
E-mail: brawson@stirbalaw.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAN VESEY, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN CUNNINGHAM, *et. al.*, <br><br> Defendants. | **STIPULATED MOTION FOR STAY UNDER 50 U.S.C. § 521, SERVICEMEMBER'S CIVIL RELIEF ACT** <br><br><br> Case No. 2:06cv00314 <br><br> Judge David Sam |

Having conferred about the active duty military status of Defendant J. Trump, Plaintiffs and Defendants, through their attorneys, do request that the Court grant a stay pursuant to 50 U.S.C. § 521, the "Servicemembers' Civil Relief Act" (formerly "Soldiers' and Sailors' Civil Relief Act"), for and in respect to the above-captioned action against Defendant J. Trump for the following reason:

Defendant Trump has been deployed to Iraq by the US Army through his service as a Utah National Guardsman effective June 25, 2007, for a period of active duty in Iraq, not to exceed three hundred seventy-nine (379) days. It is likely that he will remain in

this combat deployment for a year and will consequently remain unavailable for trial and the remaining period for discovery.

DATED this _17th_ day of _July_, 2007.

BY THE COURT:

_____
Honorable David Sam
United States District Court Judge

Approved as to form:

_____ 7/6/07
EDWARD McBRIDE           Date
Attorney for Plaintiffs

_____ 7/13/07
PETER STIRBA             Date
BRET W. RAWSON
Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __12th__ day of July, 2007, I caused to be served a true copy of the foregoing **STIPULATED MOTION FOR STAY UNDER 50 U.S.C. § 521, SERVICEMEMBER'S CIVIL RELIEF ACT** by the method indicated below, to the following:

Edward McBride  
Bennett & McBride, PLLC  
10 West Broadway, Suite 850  
Salt Lake City, UT 84101

(X) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile

*/s/ Anne S. MacLeod*